■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE JOSEPH FIORVANTE, Appellant.— Appeal by defendant as limited by his brief, from a resentence of the Supreme Court, Queens County, imposed June 22, 1971, *nunc pro tunc* as of June 19, 1970. The resentence was for an indeterminate prison term not to exceed eight years, upon a conviction for manslaughter in the second degree, on a plea of guilty. Judgment of the Supreme Court, Queens County, rendered June 22, 1971, on resentence, affirmed. No opinion. Hopkins, Acting P. J., Latham, Gulotta, Brennan and Benjamin, JJ., concur.